Marie Schneider, Appellant, v. Harry F. Schneider et al., Respondents.— Plaintiff appeals from an order denying her motion to vacate a stated item in defendants' notice of examination before trial. Order affirmed, with $10 costs and disbursements. Examination to proceed on five days' notice. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

Evelyn Schultz, Respondent, v. Forest Hills Gardens Corp., Appellant. —Action to recover damages for personal injuries alleged to have been sustained by plaintiff when she fell on an accumulation of snow and ice on a private street owned and controlled by defendant and customarily used by the public. The jury rendered a verdict for $5,000 in favor of plaintiff and against defendant. Defendant appeals from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present—Nolan, P. J., Carswell, MacCrate, Schmidt and Beldock, JJ.